8 A.3d 339

James QUINN, Respondent

v.

Michael BUPP, Petitioner.

Supreme Court of Pennsylvania.

Nov. 30, 2010.

## ORDER

PER CURIAM.

AND NOW, this 30th day of November, 2010, the Petition for Allowance of Appeal is hereby treated as a Petition for Review, as this matter involves a challenge to the Superior Court's order quashing and dismissing Petitioner's appeal. *See Vaccone v. Syken,* 587 Pa. 380, 899 A.2d 1103, 1106 n. 2 (2006). The order of the Superior Court is AFFIRMED.